B1 (Official Form 1) (4/10)

# United States Bankruptcy Court
# Eastern District of New York

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sunnymeade Leasing, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**36-4495555** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**4255 Amboy Road**<br>**Staten Island, NY 10308**<br>ZIP CODE **10308-0000** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Richmond** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [x] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

------------------------------------------------------
Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

THIS SPACE IS FOR COURT USE ONLY

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Debts
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Sunnymeade Leasing, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Sunnymeade Leasing, LLC** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. **X** _____ Signature of Debtor **Robert Arminante, Sr.** **X** _____ Signature of Joint Debtor _____ Telephone Number (If not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. **X** _____ (Signature of Foreign Representative) _____ (Printed Name of Foreign Representative) _____ Date |
| **Signature of Attorney*** **X** _____ Signature of Attorney for Debtor(s) **David J. Doyaga, SR dd7297** Printed Name of Attorney for Debtor(s) **Doyaga & Schaefer** Firm Name **26 Court Street, Suite 1002** **Brooklyn, NY 11242** Address **Email:david.doyaga@verizon.net** **718 488 7500 Fax:718 488 7505** Telephone Number _____ Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) _____ Address **X** _____ _____ Date Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. **X** _____ Signature of Authorized Individual **Robert Arminante, Sr.** Printed Name of Authorized Individual **President and Sole Shareholder** Title of Authorized Individual _____ Date | |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of New York

In re  **Sunnymeade Leasing, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ABOVE ALL STOREFRONTS INC<br>2178 POND ROAD<br>Ronkonkoma, NY 11779 | ABOVE ALL STOREFRONTS INC<br>2178 POND ROAD<br>Ronkonkoma, NY 11779 | Labor & Materials | Disputed | 214,000.00 |
| AL DADDIO<br>64 SOUTH OCEAN AVENUE<br>Bayport, NY 11705 | AL DADDIO<br>64 SOUTH OCEAN AVENUE<br>Bayport, NY 11705 | PROPERTY MANAGEMENT | | 19,500.00 |
| AMERICAN EXPRESS<br>PO BOX 2555<br>New York, NY 10111 | AMERICAN EXPRESS<br>PO BOX 2555<br>New York, NY 10111 | GOODS AND SERVICES | | 35,000.00 |
| AREA FUEL OIL CORP<br>207 BUTLER AVENUE<br>Staten Island, NY 10307 | AREA FUEL OIL CORP<br>207 BUTLER AVENUE<br>Staten Island, NY 10307 | Labor & Materials | | 30,000.00 |
| BASSO LANDSCAPING INC<br>63 WINDY HALLOW WAY<br>Staten Island, NY 10304 | BASSO LANDSCAPING INC<br>63 WINDY HALLOW WAY<br>Staten Island, NY 10304 | Labor & materials | Disputed | 25,605.00 |
| C&L CONCRETE CORP<br>9 UNION AVENUE<br>Ronkonkoma, NY 11779 | C&L CONCRETE CORP<br>9 UNION AVENUE<br>Ronkonkoma, NY 11779 | Labor & Materials | Disputed | 74,088.82 |
| CAPITAL FIRE SPRINKLER CO<br>5151 59TH PLACE<br>Woodside, NY 11377 | CAPITAL FIRE SPRINKLER CO<br>5151 59TH PLACE<br>Woodside, NY 11377 | Labor & Materials | Disputed | 105,880.43 |
| DESIGN DEVELOPMENT<br>17 SKYLARK LANE | DESIGN DEVELOPMENT<br>17 SKYLARK LANE | ARCHITECTURAL SERVICES | | 39,000.00 |
| DEUTSCHER & DAUGHTER DOOR<br>10507 150TH STREET<br>Jamaica, NY 11435 | DEUTSCHER & DAUGHTER DOOR<br>10507 150TH STREET<br>Jamaica, NY 11435 | Materials | | 16,000.00 |
| G. FIORE CONCRETE&CONSTR<br>82 ANDROVETTE STREET<br>Staten Island, NY 10309 | G. FIORE CONCRETE&CONSTR<br>82 ANDROVETTE STREET<br>Staten Island, NY 10309 | LABOR & MATERIALS | Disputed | 263,000.00 |
| HAULERS, INC<br>7220 AMBOY RD<br>Staten Island, NY 10307 | HAULERS, INC<br>7220 AMBOY RD<br>Staten Island, NY 10307 | Services | Disputed | 26,036.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Sunnymeade Leasing, LLC**          Case No. _____

                  Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| HSBC COMMERCIAL LOAN SVCS<br>2929 WALDEN AVE<br>Depew, NY 14043 | HSBC COMMERCIAL LOAN SVCS<br>2929 WALDEN AVE<br>Depew, NY 14043 | BANK LOAN | Disputed | 30,000.00 |
| INSULPANE INC<br>30 EDMUND STREET<br>Hamden, CT 06517 | INSULPANE INC<br>30 EDMUND STREET<br>Hamden, CT 06517 | MATERIALS | Disputed | 70,000.00 |
| JERRY CARDULLO IRON WORKS<br>101 SPENCE STREET<br>Bay Shore, NY 11706 | JERRY CARDULLO IRON WORKS<br>101 SPENCE STREET<br>Bay Shore, NY 11706 | LABOR & MATERIALS | Disputed | 43,520.00 |
| L.J. IMPRESSIONS MASONRY<br>1 DREXEL STREET<br>Farmingville, NY 11738 | L.J. IMPRESSIONS MASONRY<br>1 DREXEL STREET<br>Farmingville, NY 11738 | LABOR AND MATERIALS | | 20,000.00 |
| NY CONSTRUCTION&PAVING<br>420 CLARK AVENUE<br>Staten Island, NY 10306 | NY CONSTRUCTION&PAVING<br>420 CLARK AVENUE<br>Staten Island, NY 10306 | LABOR & MATERIALS | Disputed | 98,020.00 |
| O'BRIEN DRY WALL UNLIMITE<br>119 SOUTH GILLETTE AVE<br>Bayport, NY 11705 | O'BRIEN DRY WALL UNLIMITE<br>119 SOUTH GILLETTE AVE<br>Bayport, NY 11705 | LABOR & MATERIALS | Disputed | 120,653.00 |
| PETROCELLI ELECTRIC CO<br>1911 RICHMOND AVENUE<br>Staten Island, NY 10314 | PETROCELLI ELECTRIC CO<br>1911 RICHMOND AVENUE<br>Staten Island, NY 10314 | LABOR & MATERIALS | Disputed | 40,000.00 |
| SPERRY ASSOCIATION FEDERA<br>2400 JERICHO TURNPIKE<br>New Hyde Park, NY 11040 | SPERRY ASSOCIATION FEDERA<br>2400 JERICHO TURNPIKE<br>New Hyde Park, NY 11040 | Land lease for 4255 Amboy Road, Staten Island, NY | Disputed | 6,050,000.00<br><br>(5,500,000.00 secured) |
| STANLEY MICHAEL KREBUSCHE<br>1562 RICHMOND RD<br>Staten Island, NY 10304 | STANLEY MICHAEL KREBUSCHE<br>1562 RICHMOND RD<br>Staten Island, NY 10304 | ARCHITECTURAL SERVICES | Disputed | 248,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the President and Sole Shareholder of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **April 19, 2010**          Signature **/s/ Robert Arminante, Sr.**
                                                                  **Robert Arminante, Sr.**
                                                                  **President and Sole Shareholder**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

FOSTER & GARBUS
P.O. BOX 14188
Hauppauge, NY 11788


RUBIN & ROTHMAN
PO BOX9003
Islandia, NY 11749


MEL HARRIS ESQ
5 HANOVER SQUARE 8TH FL
New York, NY 10004


COHEN & SLAMOWITZ
199 CROSSWAYS PARK DRIVE
Woodbury, NY 11797


Wolpoff & Abramson
300 Canal View Blvd
Rochester, NY 14623


ELTMAN, ELTMAN & COOPER
845 N. BROADWAY
White Plains, NY 10603


A-1 TECH ONE FORCE
125 STORER AVENUE
Staten Island, NY 10309


ABOVE ALL STOREFRONTS INC
2178 POND ROAD
Ronkonkoma, NY 11779


AL DADDIO
64 SOUTH OCEAN AVENUE
Bayport, NY 11705


AMERICAN EXPRESS
PO BOX 2555
New York, NY 10111


AMERICAN EXPRESS
PO BOX 2855
New York, NY 10116

AMERICAN MATERIAL
2940 RICHMOND TERRACE
Staten Island, NY 10303


APEX
19 LONGSHORE STREET
Bay Shore, NY 11706


AREA FUEL OIL CORP
207 BUTLER AVENUE
Staten Island, NY 10307


BASSO LANDSCAPING INC
63 WINDY HALLOW WAY
Staten Island, NY 10304


C&A SHEETROCK
84 MEADOWMERE AVENUE
Mastic, NY 11950


C&L CONCRETE CORP
9 UNION AVENUE
Ronkonkoma, NY 11779


CALL-A-HEAD PORABLE TOILE
304 CROSSBAY BLVD
Far Rockaway, NY 11693


CAPITAL FIRE SPRINKLER CO
5151 59TH PLACE
Woodside, NY 11377


CON EDISON
PO BOX 138
COOPER STATION
New York, NY 10276


DASHING DAN'S PLUMBIN&HEA
258 HIGBIE LANE
West Islip, NY 11795


DESIGN DEVELOPMENT
17 SKYLARK LANE

DESIGN DEVELOPMENT CORP
PO BOX 808
Syosset, NY 11791


DEUTSCHER & DAUGHTER DOOR
10507 150TH STREET
Jamaica, NY 11435


EAST COAST WALL LTD
352 FRANKLIN AVENUE
Franklin Square, NY 11010


EDWARD DELLI PAOLI ESQ
129 NEW DORP PLAZA
Staten Island, NY 10306


FLAG CONTAINER SERVICES
11 FERRY STREET
Staten Island, NY 10302


FRANK LIQUORI PLUMBING
HEATING & SEPTIC
2173 GULF AVENUE
Staten Island, NY 10309


G. FIORE CONCRETE&CONSTR
82 ANDROVETTE STREET
Staten Island, NY 10309


HAULERS, INC
7220 AMBOY RD
Staten Island, NY 10307


HORTON BROS INC
PO BOX 219
Manorville, NY 11949


HSBC COMMERCIAL LOAN SVCS
2929 WALDEN AVE
Depew, NY 14043


INSULPANE INC
30 EDMUND STREET
Hamden, CT 06517

J.M.S. COMMERCIAL CONSTRU


JAMES CAMMARATA, ESQ.
PO BOX 180
Oyster Bay, NY 11771


JERRY CARDULLO IRON WORKS
101 SPENCE STREET
Bay Shore, NY 11706


KINGS BUILDING MATERIALS
703 3RD AVENUE
Brooklyn, NY 11232


L.J. IMPRESSIONS MASONRY
1 DREXEL STREET
Farmingville, NY 11738


LOPORTO FENCE CO
442 SHARROTS RD
Staten Island, NY 10309


MOD-SPACE
1200 SWEDESFORD ROAD
Berwyn, PA 19312


NATIONAL GRID
ONE METROTECH CENTER16TH
Brooklyn, NY 11201


NY CONSTRUCTION&PAVING
420 CLARK AVENUE
Staten Island, NY 10306


O'BRIEN DRY WALL UNLIMITE
119 SOUTH GILLETTE AVE
Bayport, NY 11705


PETROCELLI ELECTRIC CO
1911 RICHMOND AVENUE
Staten Island, NY 10314

R. DELLA REALTY CORP.
20 HOLCOMB AVENUE
Staten Island, NY 10312


SHEA CONSTRUCITON CORP
4875 SUNRISE HIGHWAY 301
Guys Mills, PA 16327


SPERRY ASSOCIATION FEDERA
2400 JERICHO TURNPIKE
New Hyde Park, NY 11040


SPRINGSTEAD FAMILY LIMITE


STANLEY MICHAEL KREBUSCHE
1562 RICHMOND RD
Staten Island, NY 10304


STANLEY MICHAEL KREBUSCHS
1562 RICHMOND RD
Staten Island, NY 10304


TOTAL ELECTRICAL DISTRIBU
388 SOUTH AVENUE
Staten Island, NY 10303


WOHL& OMARA SURVEYOR
544 VANDERBILT AVENUE
Staten Island, NY 10304