UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF NEW YORK

In re

Sunnymeade Leasing, LLC
TAX ID#36-44-95555

    Debtor in Possession

Case No. 1-10-43362-cec
CHAPTER 11

AFFIDAVIT PURSUANT TO
RULE 1007-4
OF THE LOCAL RULES

STATE OF NEW YORK COUNTY OF KINGS

    Robert Arminante, Sr., being duly sworn deposes and says:

    1. I am the President and Sole Shareholder of the Debtor in the above captioned Chapter 11 proceeding and I make this Affidavit pursuant to Rule 1007-4 of the Local Rules of the United States Bankruptcy Court for the Eastern District of New York.

    2. The Debtor holds a land lease for property located at 4255 Amboy Road, Staten Island, New York. Debtor holds the land lease for 49 years with 39 years remaining. This period to cure shall be extended by the filing and the operation of Section 108 of the Bankruptcy Code.

    3. No Committee of Unsecured Creditors, Trustee, or Examiner has been appointed.

    4. The Debtor has 41 unsecured creditors.

    5. The Debtor has two secured creditors, Sperry Federal Credit Union and G. Fiore Concrete & Construction.

    6. The Debtor's asset is a land lease for real property located at 4255 Amboy Road, Staten Island, New York. Debtor's assets equal $5,500,000. Debtor's liabilities are $7,691,461.25

    7. Debtor's President, Robert Arminante, Sr., directly owns, controls, or holds, with power to vote, 20% or more of the voting securities of Debtor.

8. Debtor has the following:

(a) Twenty largest unsecured creditors with available contact information.

(b) Two Secured Creditors:

    Sperry Federal Credit Union

    2400 Jericho Turnpike

    Garden City Park, NY 11040

    G. Fiore Concrete & Construction

    82 Androvette Street

    Staten Island, NY 10309

(c) Proceedings pending against the Debtor where a judgment against the Debtor is imminent:

Sunnymeade Leasing, LLC v. Glen Fiore, Index Number 103163/2008, Filed in Richmond County, New York, Civil Supreme.

9. The Debtor has a 49 year lease for its location at 4255 Amboy Road, Staten Island, New York.

Debtor's books and records are kept at this location except for some records with Debtor's accountant.

10. During the first 30 days of operation, the Debtor will not employ any employees. There is $11,791.65 proposed to be paid for expenses and services for a period of 30 days following the filing

of the Chapter 11 Petition. The estimated operating income of the Debtor for the period of the next 30 days following the filing of the Chapter 11 Petition shall be approximately $18,000. The undersigned, Robert Arminante, Sr., is the President of Debtor.

11. It is anticipated that there will be a no gain or loss to the Debtor for a period of 30 days following the filing of the Chapter 11 Petition.

12. Officers will receive no compensation in the first 30 days.

/s/ *Robert Arminante*
Robert Arminante, President

Sworn to before me this
20th day of April, 2010

S/David J. Doyaga
David Doyaga
Notary Public, State of New York
No. 02D04735132
Qualified in Nassau County
Commission Expires April 30, 2011