# EXHIBIT A

## SCHEDULE A

A. Building Loan Mortgages and Security Agreement between the lender and Sunnymeade Leasing, LLC (the "Debtor") (the "Building Loan") (intended to be the Building Loan Mortgage which forms the basis for the claim of Sperry Associates Federal Credit Union and all related documents issued and/or executed in connection therewith.

B. Project Loan Mortgage and other agreements executed contemporaneously with "A" above and all related documents issued and/or executed in connection therewith.

C. Proof of recordation of documents "A" and "B" above.

D. Statement reflecting all transactions into escrow account if any created with proceeds of funding of mortgages referenced in documents "A" and "B" above.

E. Copy of marked title report issued in connection with the issuance of documents "A" and "B" above.

F. All requisitions issued by the General Contractor and all subcontractors, materialmen, etc., in connection with the construction and improvement of the real property owned by the Debtor located at 4255 Amboy Road, Staten Island, New York 10308 (the "Real Property").

G. Copies of all checks, wire transfers or other evidence of disbursements by the building loan mortgage lender, including payments made to contractors, subcontractors, and other third parties in connection with work performed in the improvement of the real property.

H. Each title report obtained by either the Debtor or the original lender (or any assignee of the Building Loan) contemporaneously with the issuance of advances under the Building Loan.

I. Most current statement of amounts due under Building Loan.

J. Copies of all modifications to the Building Loan.

K. All books and records of the Trust created under Section 70 of the New York Lien Law and required to be maintained pursuant to Section 75 of the New York Lien Law created by the funding of the Building Loan and reflecting all deposits and withdrawals and including but not limited to (a) Trust assets receivables; (b) Trust assets payable; (c) Trust funds received; (d) Trust payments made with Trust assets; and (e) transfers in repayment of or to secure advances made pursuant to a "Notice of Lending."

L. All Notices of Lending and/or all other notices required pursuant to Section 22 of the New York Lien Law filed with the Richmond County Clerk in connection with the Building Loan.